David H. Waters, CASB# 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB# 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666

Attorneys for the Federal Deposit Insurance Corporation
as Receiver for IndyMac Bank, FSB, erroneously sued
herein as Defendant IndyMac Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAVLOV | No. 2:10-CV-00752-WBS-KJN |
| Plaintiff, and | **State Court Case No. CV10-306** |
| v. | **ORDER DISMISSING INDYMAC BANK AND FEDERAL DEPOSIT INSURANCE CORPORATION** |
| IndyMac Bank /One West Bank, Aztec Foreclosure Corp., MERS, and DOES 1 through 250, inclusive, | |
| Defendants. | |

GOOD CAUSE APPEARING therefore, it is hereby Ordered that the complaint of Plaintiff Ivan Ravlov be, and is hereby, dismissed with prejudice as to IndyMac Bank and Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, FSB.  Each party shall bear his or its own costs.

DATED:   April 8, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER DISMISSING INDYMAC BANK AND FEDERAL
DEPOSIT INSURANCE CORPORATION                                     2:10-CV-00752-WBS-KJN