UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAVLOV, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INDYMAC BANK/ONE WEST BANK; AZTEC FORECLOSURE CO.; MERS; and DOES 1 through 250, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-CV-00752-WBS (KJN)<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANTS ONEWEST BANK'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S: (1) MOTION TO DISMISS PLAINTIFF'S COMPLAINT; AND (2) MOTION TO EXPUNGE LIS PENDENS AND REQUEST FOR ATTORNEY'S FEES IN AN AMOUNT NO LESS THAN $1,750, FOR NO MORE THAN 30 DAYS<br><br>Date:　July 15, 2010<br>Time:　10:00 a.m.<br>Ctrm:　25-8th Floor (Sacramento)<br>Judge:　Hon. Kendall J. Newman |

# ORDER

Having read and considered the Stipulation (Dkt. No. 21) filed by and between Plaintiff Ivan Ravlov, in pro per, and counsel for Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc, and finding good cause therefore, the Court hereby orders as follows:

1. The hearing on the Motion shall be continued to August 12, 2010, at 10:00 a.m., in Courtroom 25.
2. Opposition and Reply papers shall be due according to the deadlines set forth in the Local Rules.

DATED:   July 2, 2010

      /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE